```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN WHITESIDE              :       CIVIL ACTION
                             :
     v.                      :
                             :
CAROLYN W. COLVIN            :       NO. 13-4285
```

ORDER

AND NOW, this 6th day of January, 2015, upon consideration of the plaintiff's request for review, the defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The plaintiff's request for review is GRANTED; and
3. The matter is REMANDED to the Commissioner for further review consistent with the Report and Recommendation.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin___
                              MARY A. McLAUGHLIN, J.